UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:12-CR-048 JD |
| | ) | |
| THOMAS G. KOUTTOULAS (01) | ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on June 18, 2012 [DE 19]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Thomas G. Kouttoulas' plea of guilty, and FINDS the defendant guilty of Count 2 of the Indictment, in violation of 18 U.S.C. § 1343.

SO ORDERED.

ENTERED: July 31, 2012

/s/ JON E. DEGUILIO
Judge
United States District Court