UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 3:12-CR-048 JD |
| ) | |
| THOMAS GREGORY PUBLICATIONS, ) | |
| INC. (02) ) | |

## ORDER

No objections have been filed to the magistrate judge's amended findings and recommendation upon a plea of guilty issued on July 12, 2012 [DE 22]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Thomas Gregory Publications, Inc.'s plea of guilty, and FINDS the defendant guilty of Count 2 of the Indictment, in violation of 18 U.S.C. § 1343.

SO ORDERED.

ENTERED:  July 31, 2012

        /s/ JON E. DEGUILIO
Judge
United States District Court